

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2013

No. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-00673-CR, 04-13-00674-CR, 04-13-00675-CR, 04-13-00676-CR, 04-13-00677-CR, 04-13-00678-CR, and 04-13-00679-CR

Matt BERNAL,
Appellant

v.

The STATE of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9915, 2012CR9914, 2012CR9913, 2013CR9907, 2012CR9908, 2012CR9909, 2012CR9910, 2012CR9911, 2012CR9912, 2012CR9905, and 2012CR9906
Honorable Sid L. Harle, Judge Presiding

## ORDER

The Court has examined the clerk's records in Nos. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-00673-CR, 04-13-00674-CR, 04-13-00675-CR, 04-13-00676-CR, 04-13-00677-CR, 04-13-00678-CR, and 04-13-00679-CR, and is of the opinion that, in the interest of efficient administration, they should be consolidated. We, therefore, ORDER Nos. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-00673-CR, 04-13-00674-CR, 04-13-00675-CR, 04-13-00676-CR, 04-13-00677-CR, 04-13-00678-CR, and 04-13-00679-CR consolidated. The parties must file any motions or other pleadings as if the appeal were one, but put all appeal numbers in the style of the case. However, the record in each case will remain separate. The Court will dispose of the appeals with the same judgment, opinion, and mandate.

Furthermore, on October 16, 2013, appellant filed a pro se motion in these appeals, asking that his convictions be overturned. However, the clerk's record shows that attorney Connie J. Kelly has been appointed to represent appellant in these appeals. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Appellant's pro se motion is therefore DENIED.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2013.

Keith E. Hottle
Clerk of Court

